```
 1
 2
 3
 4
 5
 6
 7
 8
 9                  IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
   JOHN METZLER,                      )
12                                    )    CIV. S-05-707 GEB PAN
                       Plaintiff,     )
13                                    )
        v.                            )
14                                    )
   JULIAN LOPEZ,                      )
15                     Defendant.     )
   _____)
16                                    )
   SCOTT N. JOHNSON,                  )
17                                    )    CIV. S-05-773 LKK PAN
                       Plaintiff,     )
18                                    )
        v.                            )
19                                    )
   JULIAN A. LOPEZ, and DOES 1-10,    )    ORDER RELATING CASES
20                                    )
   _____)
21
22         On June 20, 2005, Plaintiff John Metzler filed a "Notice of
23 Related Cases" in the above actions.  Examination of the actions
24 reveals they are related within the meaning of Local Rule 83-123(a),
25 since they involve the same defendant and are based on the same or
26 similar claims.  Accordingly, the assignment of the actions to the
27 same judge is likely to effect a substantial savings of judicial
28 effort and is also likely to be convenient for the parties.
```

1       The parties should be aware that relating the cases under Local Rule 83-123 merely results in the actions being assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

      Therefore, CIV NO. S-05-773 is reassigned to Judge Garland E. Burrell, Jr., for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB PAN" instead of "LKK PAN."  Further, any dates currently set in this reassigned case _only_ are VACATED and the Clerk of Court is directed to issue an Order Setting Status (Pretrial Scheduling) Conference, to be held on August 22, 2005, at 9:00 a.m.

      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  June 22, 2005

      /s/ Garland E. Burrell, Jr.
      GARLAND E. BURRELL, JR.
      United States District Judge