THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for John Metzler

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN METZLER, | CIV. S-05-707 PAN (JFM) |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| JULIAN LOPEZ, | |
| Defendants. _____/ | |
| SCOTT N. JOHNSON, | CIV. S-05-773 PAN (JFM) |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| JULIAN A. LOPEZ, and DOES 1-10. _____/ | |

    The parties hereto stipulate as follows:

    The parties have reached a full and final settlement of all issues in these Related actions.

A Settlement Agreement among the parties has been fully executed.

1

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The parties request the Court to retain jurisdiction for 24 months from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

IT IS HEREBY STIPULATED by and between the parties to this action, where applicable through their designated counsel, that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for 24 months after the date hereof.

Date: March 16, 2006               Date:  March 16, 2006


_S/Pamela A. Lewis_____          _S/Thomas N. Stewart, III_____
Pamela A. Lewis,                         Thomas N. Stewart, III,
Attorney for Defendant                   Attorney for John Metzler

Date:  March 16, 2006


_S/Scott Johnson_____
Scott Johnson,
*In propria persona*

IT IS SO ORDERED:

Dated: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/006;lope0707.0773.vol.dism

3